IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

| | |
|---|---|
| BRIAN M. BENNETT, § <br> TDCJ No. 02261207, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> UNKNOWN DEFENDANTS, § <br> § <br> Defendants. § | Civil Action No. 7:20-cv-00143-M-BP |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. No objections were filed. The District Court reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

It is therefore **ORDERED** that Plaintiff's Complaint (ECF No. 1) is **DISMISSED** without prejudice.

**SO ORDERED** this 25th day of January, 2021.

BARBARA M. G. LYNN
CHIEF JUDGE